**STATE of Missouri, Respondent,**

v.

**Quartez C. EDWARDS, Appellant.**

**WD 78355**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 28, 2016

Nathan J. Aquino, Jefferson City, MO, for respondent.

Michelle D. Carpenter, St. Joseph, MO, for appellant.

Before Division Three: Gary D. Witt, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

## ORDER

Per curiam:

Appellant Quartez Edwards ("Edwards") was convicted after a jury trial in the Jackson County Circuit Court of two counts of second-degree domestic assault, section 565.073, and the violation of a protective order, sections 455.010, 455.045, 455.050, 455.085. These convictions arose out of a series of confrontations and an altercation that Edwards had with his former girlfriend (the "Victim") and the Victim's sister on April 9 and 10 of 2014. On appeal, Edwards claims the trial court erred in overruling his objection to the admission of remote-in-time testimonial evidence of prior bad acts of threats to kill the Victim, which caused incurable prejudice. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).